IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Asim Khan,** § | | |
| *Plaintiff* § | | |
| § | | |
| *v.* § | | Civil Action No. 21-3157 |
| § | | |
| **Zort, Inc., and Adam Iza,** § | | |
| *Defendants* § | | |

## AGREED MOTION TO TRANSFER VENUE

COMES NOW, all parties in the above entitled and numbered cause, and files this Agreed Motion to Transfer Venue. The Parties collectively request this Court transfer this action to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. § 1404(a). Transfer of this action is appropriate because the action could have been brought in the proposed transferee forum and the proposed transferee forum is a much more convenient forum for the litigation of this action. The bases for this Agreed Motion to Transfer Venue are set forth in greater detail in the accompanying Memorandum.

All of the parties in this case agree to this Agreed Motion to Transfer Venue.

Wherefore, the Parties respectfully request that this Court grant this Agreed Motion to Transfer Venue and order this action be transferred to the United States District Court for the Central District of California, Western Division.

*<signatures on following page>*

1

Respectfully Submitted,

## THE COBOS LAW FIRM

By: */s/ Andrew J. Cobos*
Andrew J. Cobos
State Bar No. 24078352
Southern District Bar No. 1322524
Nicholas Kacal
State Bar No. 24123106
Southern District Bar No. 3684331
1300 McGowen St.
Houston, Texas 77004
Telephone: (713) 234-5860
Facsimile:  (713) 583-5524
andrew@cobos.law
nicholas@cobos.law

**ATTORNEYS FOR PLAINTIFF**


**GODWIN | BOWMAN PC**

*/s/ Donald E. Godwin*_____
**Donald E. Godwin** (Admitted)
Texas State Bar No. 08056500
DGodwin@GodwinBowman.com
**Morgan H. Scott** (Admitted)
Texas State Bar No. 24106412
MScott@GodwinBowman.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Ph: 214.939.4412
Fax: 214.527.3112

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on or about the 2nd day of November 2021, a true and correct copy of the above and foregoing pleading was electronically filed with the clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification

*/s/ Andrew J. Cobos*
Andrew J. Cobos

## CERTIFICATE OF CONFERENCE

As provided by FED. R. CIV. P. 37(a)(1), I hereby certify that the parties have conferred and are agreed to this request.

*/s/ Andrew J. Cobos*
Andrew J. Cobos