United States District Court
Southern District of Texas
**ENTERED**
November 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Asim Khan,<br>*Plaintiff* | § § § | |
| v. | § § | Civil Action No. 21-3157 |
| Zort, Inc., and Adam Iza,<br>*Defendants* | § § § | |

### ORDER GRANTING THE AGREED MOTION TO TRANSFER VENUE

On this day, the Court considered the Agreed Motion to Transfer Venue, and after reviewing the motion, supporting memorandum, the response thereto, if any, and the arguments of counsel, if any, finds that said motion should be GRANTED.

IT IS THEREFORE, ORDERED that the Agreed Motion to Transfer Venue is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to take all actions to transfer the above entitled and numbered cause to the Central District of California, Western Division.

SIGNED on the ____Nov 2____, 2021

_____
Judge Presiding