IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Asim Khan,** *Plaintiff* | § § § | |
| *v.* | § § | Civil Action No. 21-3157 |
| **Zort, Inc., and Adam Iza,** *Defendants* | § § § | |

### ORDER GRANTING THE AGREED MOTION TO TRANSFER VENUE

On this day, the Court considered the Agreed Motion to Transfer Venue, and after reviewing the motion, supporting memorandum, the response thereto, if any, and the arguments of counsel, if any, finds that said motion should be GRANTED.

IT IS THEREFORE, ORDERED that the Agreed Motion to Transfer Venue is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to take all actions to transfer the above entitled and numbered cause to the Central District of California, Western Division.

SIGNED on the _____Nov 2_____, 2021

_____
Judge Presiding